JS-6

FILED
CLERK, U.S. DISTRICT COURT
April 14, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___jgr___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ALBERT PELTEKCI and HELEN PELTEKCI | CASE NUMBER: |
|---|---|
| PLAINTIFF | 2:22-cv-01201-SB-MAA |
| v. | |
| MERCEDES-BENZ USA, LLC, a Delaware Limited Liability | **JUDGMENT** |
| DEFENDANT | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on  April 14, 2022  as docket number  18  (the "Offer of Judgment"), judgment is hereby entered for

Albert Peltekci and Helen Peltekci

and against

Defendant  Mercedes-Benz USA, LLC

according to the terms set forth in the Offer of Judgment.

Date:  April 14, 2022

By: /s/ Jennifer Graciano
Deputy Clerk